# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

GRAND CHINA BUFFET & GRILL, INC.; QI FENG CHEN; AND SCOTT ULLOM

*Plaintiff(s)*

v.  Civil Action No. 1:16CV159

STATE AUTO PROPERTY & CASUALTY COMPANY

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☐ Other

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge  Irene M. Keeley

The Court GRANTS State Auto's motion for summary judgment on the coverage issues; DECLARES that the allegations in the underlying complaint do not trigger the Subject Policy's coverage for bodily injury or personal injury; 3) DECLARES that State Auto has no duty to defend or indemnify Grand China and Chen on the allegations in the underlying complaint; DISMISSES AS MOOT Grand China's bifurcated bad faith claims; and DISMISSES this case WITH PREJUDICE. The Court DIRECTS the Clerk of Court to enter a separate judgment order.

Date: May 16, 2017

*CLERK OF COURT*
Cheryl Dean Riley

by: Julie Schoonover

*Signature of Clerk or Deputy Clerk*